

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2014

No. 04-14-00102-CV

In the Interest of J.R.I., A Child,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01527
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

  The Appellant's Motion for Extension of Time to file Brief is hereby GRANTED. The Appellant's Brief is due April 28, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2014.

_____
Keith E. Hottle
Clerk of Court